NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE PRINTLESS PREVIEWS,

---

2011-1273
(Reexamination Nos. 90/007996 and 90/009,092)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## JUDGMENT

---

JOHN JEFFREY EICHMANN, Dovel & Luner, LLP, of Santa Monica, California, argued for appellant. With him on the brief was GREGORY S. DOVEL.

BENJAMIN D.M. WOOD, Associate Solicitor, United States Patent & Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and KRISTI L.R. SAWERT, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 8, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |